**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

BAC HOME LOANS SERVICING, LP
F/K/A COUNTRYWIDE HOME LOANS
SERVICING, LP,

          Respondent

      v.

KENT GUBRUD,

          Petitioner

: No. 752 MAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.